# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BEYOND GRAVITY SWEDEN AB,<br><br>Petitioner,<br><br>v.<br><br>ENSIGN-BICKFORD AEROSPACE & DEFENSE COMPANY,<br><br>Respondent. | CIVIL ACTION NO. 3:24-CV-2021-OAW<br><br>**STIPULATION TO DISMISS**<br><br>March 7, 2025 |

By agreement of the parties, it is hereby stipulated that:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties agree to voluntarily dismiss this action without prejudice.

2. The parties agree to bear their own costs and fees.

Dated: March 7, 2025

| **BEYOND GRAVITY SWEDEN AB** | **ENSIGN-BICKFORD AEROSPACE & DEFENSE COMPANY** |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Marissa I. Delinks (CT Bar No. 29369) | Jeffrey P. Mueller (CT Bar No. 27870) |
| Aaron A. Fredericks (CT Bar No. 29871) | DAY PITNEY LLP |
| HINSHAW & CULBERTSON LLP | 225 Asylum Street |
| 53 State Street, 27th Floor | Hartford, CT 06103 |
| Boston, MA 02109 | Phone: (860) 275-0164 |
| mdelinks@hinshawlaw.com | Fax: (860) 881-2625 |
| afredericks@hinshawlaw.com | Email: jmueller@daypitney.com |
| -and- | -and- |
| Evan Kwarta (*pro hac vice*) | Thomas E. Lynch (admitted *pro hac vice*) |
| HINSHAW & CULBERTSON LLP | Tracy V. Schaffer (admitted *pro hac vice*) |
| 800 Third Avenue, 13th Floor, | JONES DAY |
| New York, NY 10022 | 250 Vesey Street |
| 212-655-3839 | New York, New York 10281-1047 |
| 212-935-1166 (facsimile) | Phone: (212) 326-38971 |
| ekwarta@hinshawlaw.com | Fax: (212) 755-7306 |
| -and- | Email: telynch@jonesday.com |
| | Email: tschaffer@jonesday.com |
| Steven L. Boldt (*pro hac vice*) | Henry Dickman (admitted *pro hac vice*) |
| Gregory M. Emry (*pro hac vice*) | JONES DAY |
| HINSHAW & CULBERTSON LLP | 51 Louisiana Avenue, N.W. |
| 151 North Franklin Street | Washington, D.C. 20001 |
| Suite 2500 | Phone: (202) 879-3939 |
| Chicago, IL 60606 | Fax: (202) 626-1700 |
| 312-704-3000 | Email: hdickman@jonesday.com |
| 312-704-3001 (facsimile) | |
| sboldt@hinshawlaw.com | |
| gemry@hinshawlaw.com | |